**Order entered March 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00065-CV

**JERRY, MARSHA AND JASON CHAMBERS, Appellants**

**V.**

**ALLSTATE INSURANCE COMPANY, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 87353-422**

## ORDER

We **GRANT** appellants' March 26, 2014 motion for extension of time to file brief and

**ORDER** the brief be filed no later than May 15, 2014. No further extensions will be granted

absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE